**Robin HALNAN, Plaintiff–Appellant,**

v.

**RR DONNELLEY & SONS, a Delaware corporation, Defendant–Appellee.**

No. 04–16808.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted Oct. 16, 2006.*

Filed Oct. 25, 2006.

Jeffrey A. Dickerson, Esq., Reno, NV, for Plaintiff–Appellant.

Suellen Fulstone, Esq., Woodburn and Wedge Sierra Plaza, Reno, NV, for Defendant–Appellee.

Before: WALLACE and BYBEE, Circuit Judges, and D. PREGERSON,** District Judge.

### MEMORANDUM ***

Halnan argues that the district court erred by entering summary judgment with respect to her claim arising under 42 U.S.C. § 12102(2)(C). We review de novo the district court's summary judgment. *See Hervey v. Estes*, 65 F.3d 784, 788 (9th Cir.1995) (as amended).

Liability under the Americans with Disabilities Act (ADA) arises not only when a covered entity discriminates or retaliates against a person suffering from "a physical or mental impairment that substantially limits one or more ... major life activities," 42 U.S.C. § 12102(2)(A), but also where the covered entity discriminates against a person who it "regard[s] as having such an impairment," 42 U.S.C. § 12102(2)(C).

Halnan asserts that her assignment to a position as a security guard/receptionist evidences that Donnelley regarded her as disabled. This evidence, however, is subject to the bar of *Thornton v. McClatchy Newspapers, Inc.*, 261 F.3d 789, 798 (9th Cir.2001), which provides that when an employer that is also a covered entity "takes steps to accommodate an employee's restrictions, it is not thereby conceding that the employee is disabled under the ADA or that it regards the employee as disabled."

Halnan has failed to produce any other evidence from which a reasonable inference may be drawn that Donnelley regarded her as disabled. Therefore, the judgment of the district court is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Dean D. Pregerson, of the District Court for the Central District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.